Andrea E. Watters, Esq.
WATTERS LAW OFFICE, P.C.
2807 East Broadway Boulevard
Tucson, Arizona 85716
Telephone: (520) 323-5910
Facsimile: (520) 323-5912
State Bar No.: 015583
P.C.C. No.: 64844
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MARIAH FOX<br><br>Plaintiff,<br><br>vs.<br><br>SBBI, Inc., an Arizona Corporation doing business as SUNBUILT BUILDERS, Inc; JOSEPHINE E. WALKER and TED W. WALKER, individually and as husband and wife; SUNDT CONSTRUCTION, INC., an Arizona Corporation; SUNDT DEVELOPMENT CORPORATION, a New Mexico Corporation; JOHN DOES I-V and JANE DOES I-V, individually and as husbands and wives; DOE CORPORATIONS I-V; DOE ORGANIZATIONS I-V; DOE PARTNERSHIPS I-V; DOE LEGAL ENTITITES,<br><br>Defendants. | Case No.: 09-CV-0225-TUC-CKJ<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SUNDT CONSTRUCTION, INC. AND SUNDT DEVELOPMENT CORPORATION**<br><br>Assigned to: Hon. Cindy K. Jorgenson |

TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON DIVISION

Pursuant to Fed. R. Civ. Pro. ("FRCP") 55 (a), Plaintiff Mariah Fox, by and through undersigned counsel, hereby requests the Clerk of the Court to enter the default of Defendants Sundt Construction, Inc. and Sundt Development Corporation in this suit. Plaintiff filed her lawsuit against Defendants on March 19, 2009 in Pima County Superior Court (See Exhibit A).

1. On March 31, 2009, the Defendant Sundt was served with a copy of the Complaint, Summons, Certificate of Compulsory Arbitration and Offer of Judgment. (See Exhibit B, Affidavit of Service) The Defendant filed a Notice of Removal, removing the case to Federal District Court on April 22, 2009.

2. To date, the Defendants SUNDT CONSTRUCTION, INC. and Defendant SUNDT DEVELOPMENT CORPORATION (hereinafter collectively "Sundt") have not filed their Answer. Sundt had not filed their Answer in State Court prior to the case being removed. Therefore, Sundt's Answer was due either five (5) days (excluding weekends and holidays) from the date of removal or twenty (20) days from service of the Complaint, whichever is later. FRCP 81(c); FRCP 12. Five days from the date of removal (Notice of Removal April 22, 2009) was April 29, 2009. Twenty days from service of the Complaint (Affidavit of Service March 31, 2009) was April 20, 2009. Therefore, the last possible day for Sundt to Answer was on April 22, 2009.

3. Sundt has submitted their request regarding the election to have a Magistrate hear the case, but they have failed to file an Answer. Because Sundt certainly has notice of the proceedings, they cannot claim surprise that the Answer was due. Sundt has simply failed to plead or otherwise defend as required by FRCP 12. Accordingly, Plaintiff Fox brings this Application for Entry of Default against Defendant Sundt pursuant to FRCP, Rule 55(a). This Application is supported by Affidavit of Counsel, which is attached hereto as Exhibit C. For the Clerk's convenience, a proposed Entry of Default is submitted herewith.

DATED May 6, 2009.

*WATTERS LAW OFFICE, P.C.*

*/s/Andrea E. Watters*
Andrea E. Watters
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System to the following ECF registrants:

Ronald J. Stolkin Esq.
Sherry Janssen Downer, Esq.
FENNEMORE CRAIG, P.C.
One South Church Avenue, Suite 1000
Tucson, Arizona 85701-1627
Attorney for Defendants Sundt Construction, Inc.
and Sundt Development Corporation
Email: rstolkin@fclaw.com
Email: sdowner@fclaw.com

Thomas L. Fink, Esq.
1220 N.Hohokam Drive, Suite 2
Nogales, Arizona 85621
Attorney for Defendants SBBI, Inc. and Walkers
Email: tom-fink@hotmail.com